1254

No. 90–7264. DeCanzio v. Quinlan, Director, Bureau of Prisons, et al. C. A. 2d Cir. Certiorari denied.

No. 90–7304. Miller v. Federal Bureau of Investigation. C. A. 3d Cir. Certiorari denied.

No. 90–7365. Murphy v. Mescher. C. A. 8th Cir. Certiorari denied.

No. 90–7393. Wickham v. Bowersox, Superintendent, Ozark Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 90–7397. Grayer v. Puckett, Superintendent, Mississippi State Penitentiary. C. A. 5th Cir. Certiorari denied.

No. 90–7408. Bout v. Kent County et al. C. A. 6th Cir. Certiorari denied.

No. 90–7485. Adefuye v. Carlson, Warden. C. A. 8th Cir. Certiorari denied.

No. 90–7662. Bumgarner v. Lockhart, Director, Arkansas Department of Correction. C. A. 8th Cir. Certiorari denied.

No. 90–7664. D'Agnillo v. Department of Housing and Urban Development et al. C. A. 2d Cir. Certiorari denied.

No. 90–7696. Stewart v. United States. C. A. 4th Cir. Certiorari denied.

No. 90–7838. Chicano v. Connecticut. Sup. Ct. Conn. Certiorari denied.

No. 90–7869. Hatch v. United States Department of Agriculture et al. C. A. 8th Cir. Certiorari denied.